```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 15, 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA

                    -v-

MOSTAFA KAMEL MOSTAFA,
                              Defendant(s).
------------------------------------------------------------------X

04 Cr. 356 (KBF)

<u>ORDER</u>

KATHERINE B. FORREST, District Judge:

   The Court will hold a conference in this matter on Monday, November 25, 2013, at 12:00 p.m. in Courtroom 15A, 500 Pearl Street.

SO ORDERED:

Dated:    New York, New York
            November 15, 2013

                                          _____
                                          KATHERINE B. FORREST
                                          United States District Judge