# EXHIBIT 3



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 12, 2012

BY EMAIL
Melinda Sarafa
Sarafa Law LLC
80 Pine Street, Floor 33
New York, NY 10005
msarafa@sarafalaw.com

      Re:    █████████

Dear Ms. Sarafa:

      You have requested "safe passage" for █████████, who we understand is a witness the defense intends to call at trial in the matter of United States v. Jamal Yousef, a/k/a "Talal Hassan Ghantou," 08 Cr. 1213 (JFK). Trial is scheduled to begin on May 7, 2012. With respect to █████████ travel to the United States for the purpose of providing testimony at the above-referenced trial, the United States Attorney's Office for the Southern District of New York ("this Office") agrees as follows:

      A.    This Office will not arrest, detain, or attempt to arrest or detain, █████████, or cause any other governmental authority to detain or attempt to detain him, while he is traveling to or from the courthouse, or while he is in the United States for purposes of providing testimony at the trial of the above-captioned case, including meetings with counsel in preparation therefor; and

      B.    This Office will not serve or attempt to serve █████████ with legal process (other than the service of a subpoena for trial testimony in the above-captioned case), or cause any other governmental authority to serve or attempt to serve him with legal process, while he is traveling to or from the courthouse, or while he is in the United States for purposes of providing testimony at the trial of the above-captioned case.

      The agreement described above in paragraphs A and B does not apply in the case of the commission of a crime during the time period covered by this agreement, including but not limited to the crimes of perjury and contempt of court. In addition, the instant agreement should not be construed as granting immunity to █████████ for any crimes that he may commit during the time period covered by this agreement, including but not limited to the crimes of perjury and contempt of court.

The time period covered by this agreement is May 14, 2012 (the date of Mr. ▮ expected entry) through May 21, 2012, unless extended in writing by this Office.

        Very truly yours,

        PREET BHARARA
        United States Attorney

By: _____
        Jeffrey Brown
        Jenna Dabbs
        Assistant United States Attorneys
        (212) 637-1110 / 2212

2