# EXHIBIT 6



*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

March 13, 2012

BY ELECTRONIC MAIL
Melinda Sarafa
Sarafa Law LLC
80 Pine Street, Floor 33
New York, NY 10005
msarafa@sarafalaw.com

        Re:     ███████████

Dear Ms. Sarafa:

      You have requested "safe passage" for ███████████, who is a witness in the above-referenced investigation, to travel to New York, New York, for the purpose of being interviewed by the Office of the United States Attorney for the Southern District of New York ("this Office") and the Federal Bureau of Investigation on ███████████.  The interview will be conducted pursuant to the terms of the grant of immunity previously provided to ███████████.  With respect to ███████████ travel to the United States for the purpose of this interview, this Office agrees as follows:

      A.     This Office will not arrest, detain, or attempt to arrest or detain, ███████████, or cause any other governmental authority to detain or attempt to detain him, while he is traveling to or from the interview, or while he is in the United States for purposes of the interview, including meetings with counsel in preparation therefor;

      B.     This Office will not serve or attempt to serve ███████████ with legal process, or cause any other governmental authority to serve or attempt to serve him with legal process, while he is traveling to or from the interview, or while he is in the United States for purposes of the interview, except for a trial subpoena in ███████████; and

      C.     ███████████ travel to the United States for the interview will not be deemed a waiver of, or otherwise affect, any defenses otherwise available to him in relation to any claim against him by this Office, the FBI, or by any other parties, including defenses based

on: (1) personal jurisdiction; (2) subject matter jurisdiction; or (3) defective service of process

     This Agreement is effective as of ▮▮▮▮▮▮▮ (the date of ▮▮▮▮▮▮▮ expected entry) through ▮▮▮▮▮▮▮, unless extended in writing by this Office.

          Very truly yours,

          PREET BHARARA
          United States Attorney

By:        _____/s/_____
          Arlo Devlin-Brown
          Assistant United States Attorney
           (212) 637-2506