04 cr 356 (KBF)

Subject: Badat Video Conference 4.28.2014

From:   "Delsener, Mary (USANYS)"
To:     "Joseph_Pecorino@nysd.uscourts.gov"
Date:   04/18/2014 02:33 PM

Hi Joe,

My name is Mary, and I am one of the paralegals assisting with the Abu Hamza trial (I helped coordinate the video conference set-up with Badat for the pre-trial conference a few weeks ago, if you remember me from that). I saw Judge Forrest's order stating that Badat must be able to see both the jury and the defendant during his testimony, and I wanted to check in with you to see if you were considering moving courtrooms for the duration of his testimony.

The mobile video conferencing set-up that we used for the pre-trial conference only accommodates one view, so if multiple screens must be displayed, it would require a more advanced system. I will be point person for the video conferencing with Badat, so please let me know what you decide.

Thank you,

Mary Delsener
Paralegal
U.S. Attorney's Office -SDNY
1 St. Andrew's Plaza
New York, NY 10007
T: 212-637-2188
Fax: 212-637-0097
mary.delsener@usdoj.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 2 4 2014

*[Handwritten notes:]* you folks need to this to know important issue is pis contact is this order on CCTV to a with used. (CBF) Nope.

Ordered. The issue is (based on this email) due to the technology in the U.S. Atty's office. so it can be fixed by you folks by bringing in different equipment however you manage to get it. I (in short) understand now that the issue is not on the court's end.

K. B. Forrest USDJ

4/24/14