

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 27, 2014

**BY EMAIL & ECF**

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007
ForrestNYSDChambers@nysd.uscourts.gov

      Re:    <u>United States v. Mustafa Kamel Mustafa</u>
           04 Cr. 356 (KBF)

Dear Judge Forrest:

      The Government writes to update the Court regarding the CCTV testimony of Government witness Saajid Badat. The Government has retained the services of an outside video-conferencing vendor. The vendor has set-up the courtroom to permit the video feed from the courtroom to depict both the jury and a close-up of the defendant's face to Mr. Badat during his testimony from the United Kingdom.

      In addition, the Government intends to publish the following exhibits during Mr. Badat's testimony:

      GX 119-A
      GX 507-E-1-T
      GX 507-B-2-T
      GX 507-E-4-T
      GX 509-E
      GX 509-F
      GX 509-G
      GX 511-Y
      GX 701-A
      GX 711
      GX 712-A
      GX 713-A
      GX 715-A

Honorable Katherine B. Forrest
April 27, 2014
Page 2 of 2

    GX 716-A
    GX 717-A
    GX 718-A
    GX 722-A

The Government intends to offer the following exhibits during Mr. Badat's testimony:

    GX 719-A
    GX 720 & 720-A
    GX 728 & 728-A
    GX 729 & 729-A
    GX 807
    GX 808-A

Respectfully submitted,

PREET BHARARA
United States Attorney

By: \_\_\_\_\_/s/_____
John P. Cronan
Edward Y. Kim
Ian McGinley
Assistant United States Attorneys
(212) 637-2779 / 2401 / 2257

cc: Jeremy Schneider, Esq. (by email & ECF)
    Joshua Dratel, Esq. (by email &ECF)