*United States of America* **v.** *Mustafa Kamel Mustafa, a/k/a "Abu Hamza"*
**04 Cr. 356 (KBF)**

### Verdict Form

### Count One

1.    With respect to Count One, how do you find the defendant?

Guilty ____          Not Guilty ____

### Count Two

2.    With respect to Count Two, how do you find the defendant?

Guilty ____          Not Guilty ____

### Count Three

3.    With respect to Count Three, how do you find the defendant?

Guilty ____          Not Guilty ____

### Count Four

4.    With respect to Count Four, how do you find the defendant?

Guilty ____          Not Guilty ____

### Count Five

5.    With respect to Count Five, how do you find the defendant?

Guilty ____          Not Guilty ____

### Count Six

6.    With respect to Count Six, how do you find the defendant?

Guilty ____          Not Guilty ____

<u>Count Seven</u>

7.    With respect to Count Seven, how do you find the defendant?

Guilty ___          Not Guilty ___


<u>Count Eight</u>

8.    With respect to Count Eight, how do you find the defendant?

Guilty ___          Not Guilty ___


<u>Count Nine</u>

9.    With respect to Count Nine, how do you find the defendant?

Guilty ___          Not Guilty ___


<u>Count Ten</u>

10.   With respect to Count Ten, how do you find the defendant?

Guilty ___          Not Guilty ___


<u>Count Eleven</u>

11.   With respect to Count Eleven, how do you find the defendant?

Guilty ___          Not Guilty ___