LAW OFFICES OF
## JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL                                                    STEVEN WRIGHT
—                                                                    *Office Manager*
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

May 21, 2014

**BY ECF**

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:   *United States v. Abu Hamza al-Masri (Mostafa Kamel Mostafa)*
               04 Cr. 356 (KBF)

Dear Judge Forrest:

      This letter is submitted on behalf of defendant Mostafa Kamel Mostafa, whom Jeremy Schneider, Esq., and I represent in the above-entitled case, respectfully setting forth a schedule, jointly proposed by both parties for the filing of any post-trial motions pursuant to Rule 29(c) (beyond those already made at trial), and/or Rule 33, Fed.R.Crim.P., for a new trial.

      Accordingly, the parties jointly propose the following schedule:

            Defendant's Post-Trial Motions:    Due Thursday, July 3, 2014

            Government's Response:    Due Thursday July 24, 2014

            Defendant's Reply:    Due Monday, August 4, 2014

<div style="display:flex; justify-content:space-between;">

LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**

Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
May 21, 2014
Page 2 of 2

</div>

     Counsel for Mr. Mostafa will inform the Court by the deadline for the filing of Defendant's Post-Trial motions whether he intends to file any post-trial motions in this case.

                                    Respectfully submitted,

                                    Joshua L. Dratel

JLD/lal

cc:    Edward Kim
        John Cronan
        P. Ian McGinley
        Assistant United States Attorneys