LAW OFFICES OF
## JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL
—
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

May 21, 2014

**BY ECF**

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 22 2014
```

Re:   *United States v. Abu Hamza al-Masri (Mostafa Kamel Mostafa)*
            04 Cr. 356 (KBF)

Dear Judge Forrest:

This letter is submitted on behalf of defendant Mostafa Kamel Mostafa, whom Jeremy Schneider, Esq., and I represent in the above-entitled case, respectfully setting forth a schedule, jointly proposed by both parties for the filing of any post-trial motions pursuant to Rule 29(c) (beyond those already made at trial), and/or Rule 33, Fed.R.Crim.P., for a new trial.

Accordingly, the parties jointly propose the following schedule:

| | |
|---|---|
| Defendant's Post-Trial Motions: | Due Thursday, July 3, 2014 |
| Government's Response: | Due Thursday July 24, 2014 |
| Defendant's Reply: | Due Monday, August 4, 2014 |

LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**

Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
May 21, 2014
Page 2 of 2

Counsel for Mr. Mostafa will inform the Court by the deadline for the filing of Defendant's Post-Trial motions whether he intends to file any post-trial motions in this case.

Respectfully submitted,

*[signature]*

Joshua L. Dratel

JLD/lal

cc: Edward Kim
John Cronan
P. Ian McGinley
Assistant United States Attorneys

So ordered.

K. B. Forrest
USDJ
5/21/14