```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 30, 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
-v- : 04 Cr. 356 (KBF)
:
MOSTAFA KAMEL MOSTAFA : ORDER
    a/k/a "Abu Hamza al-Masri," :
:
               Defendant. :
:
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

The Court received a subpoena request from the defendant on December 29, 2014. The defendant is directed to fill out the subpoena and make a showing that the request meets the factors set forth in United States v. Nixon, 418 U.S. 683 (1974).

SO ORDERED.

Dated:    New York, New York
          December 30, 2014

                                         _____
                                            KATHERINE B. FORREST
                                          United States District Judge