Southern District Court of New York
Foley Square, 500 Pearl Street

United States of America     July 29, 2020
    vs.     Case Number:
Mostafa Kamel Mostafa    04-Cr. 356 (AT)
(Defendant)

---

Defendant Letter Motion Seeking Court Permission To Allow Defendant Receiving Legal opinion from His First Appointed Attorney (CJA) Sabrina P. Shroff

---

Respectfully Submitted by,

Defendant:
Mostafa Kamel Mostafa
Reg No. 67495-054    Signed: /s/
P.O.Box 8500. ADX Max
Florence- Co. 81226-8500    Dated: 7/29/2020

— 1 —

To The Honourable Judge Analisa Torres

Dear respected Madam Judge Torres;

1- I wrote to your honour on Oct 22, 2019 and Jan 17, 2020 to replace two of my attorneys with another two (CJA) previously court appointed attorneys but then swiftly removed without my consent and such did harm my case to date.

2- However, my current attorneys phoned repeated their "apologies", promised to improve, not to repeat mistakes and to be given three months to move in the case(s) efficiently. And to write to your honour about that and provide me a copy in order

-2-

that all parties fulfil their part. I still never received such copy. And many, if not all, of the alleged promises materialized.

3- My Rule 33, in appeal, still stagnent for almost a year, without even a date to file or one single planned discussion or preparation for essential papers/material needed.

4- My 2241 Case has been submitted without any consultation, participation or even a copy for me to know what could be in need of correction/amendment. Only submitted for the Deadline.

5- Moreover, Both attorneys sent me letters saying that my letters to them and theirs to me are not reaching. And that the Gov't told Mr. Benchwich ESQ

-3-

my letters to him are held by ADX Legal Dept (Not SAMs operator) Mr Bochrach wrote saying he never received any letters since mid-March, meaning the four of my letters with returned documents were lost! But non of the attorney know how/want to bring ADX to account

6- Because of the above, I urge the Court to allow me to contact with one of my previous CJA Court appointed attorney for:

(a) needed legal opinion regarding essential legal issues of my case, not provided to date by my attorneys despite repeated requests

(b) Explaination, if any, regarding my attorney sudden change of views/opinion (other than given to take the case), to evaluate timely.

-4-

7- There are more explaination, reasons and document to support this request.

However, to save the respected court precious time, and because of the limitation of the temporary short window request, the above foregoing, respectfully submitted, that is proportional.

8- Accordingly, and very respectfully the Deft. implore the respected judge to allow the requested legal opinion.

9- Details of the requested Attorney: (As in Docket)
Ms. Sabrina P. Shroff
Federal Defenders of New York Inc (NYC)
52, Duane Street, 10th Floor, New York, NY 10007.
(Tel)(212) 417-8713 (Email) sabrina_shroff@fd.org.

Thank you,                                    Yours sincerely
                          -5-    Deft. Yosef  7/29/2020

Certificate of Service

This is to certify that I, the undersigned Defendant Mostafa Kamel Mostafa, Reg No. 67495-054, submitted the enclosed letter motion to SIS ADX Staff on Wed. July 29, 2020 in a small envelope with sufficient stamps and the correct address to: Southern District Court of New York (Foley Sq).

Signed: [signature]

Dated: 7/29/2020

Name: Mostafa K Mostafa
Reg. No.: 67495-054
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

cm-20-67495-054-0730-mo-029

Special Mail
July 28, 2020
Case Number: 04 Cr. 356 (AT)

The Clerk of the Court
Southern District of New York (Foley Square)
Daniel Patric Moynihan
U.S. Courthouse
500 Pearl Street,
New York, New York 10007.

Criminal
KH



