```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/8/2020____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      -against-

MUSTAFA KAMEL MUSTAFA,
    a/k/a "Abu Hamza al-Masri,"

                  Defendant.

04 Cr. 356 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The C.J.A. attorney Sabrina Shroff is hereby ORDERED to resume representation of Defendant, Mustafa Kamel Mustafa, in the above-captioned matter for purposes of reviewing his *pro se* filings, including ECF No. 565, and providing him with guidance regarding the merits of his legal claims.

    The Clerk of Court is directed to terminate the motion at ECF No. 566.

    SO ORDERED.

Dated: September 8, 2020
       New York, New York

ANALISA TORRES
United States District Judge