```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/11/2020____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      -against-

MUSTAFA KAMEL MUSTAFA,
    a/k/a "Abu Hamza al-Masri,"

                  Defendant.

04 Cr. 356 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The C.J.A. attorneys Michael K. Bachrach, Sam A. Schmidt, and Lindsay Anne Lewis are hereby ORDERED to assume representation of Defendant, Mustafa Kamel Mustafa, in the above-captioned matter for the purpose of filing a motion for compassionate release.

    Additionally, C.J.A. attorney Michael K. Bachrach is hereby ORDERED to assume representation of Defendant for the purpose of assisting attorney Lindsay Anne Lewis in a potential motion to be filed under 28 U.S.C. § 2241.

    SO ORDERED.

Dated: September 11, 2020
       New York, New York

                                            ANALISA TORRES
                                            United States District Judge