```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/26/2021____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MUSTAFA KAMEL MUSTAFA,
      a/k/a "Abu Hamza al-Masri,"

                              Defendant.

04 Cr. 356 (AT)

**ORDER**

ANALISA TORRES, District Judge:

   The C.J.A. attorney Sabrina Shroff shall assume representation of Defendant, Mustafa Kamel Mustafa, in the above-captioned matter, for the purpose of assisting him with his motion for compassionate release, *nunc pro tunc* to **September 8, 2020**.

   The Clerk of Court is directed to terminate the motion at ECF No. 574.

   SO ORDERED.

Dated: February 26, 2021
       New York, New York

ANALISA TORRES
United States District Judge