

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 13, 2021

**BY ECF AND ELECTRONIC MAIL**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007
Torres_NYSDChambers@nysd.uscourts.gov

  Re: <u>United States</u> v. <u>Mustafa Kamel Mustafa, a/k/a "Abu Hamza"</u>
     04 Cr. 356 (AT)

Dear Judge Torres:

  At the suggestion of the Bureau of Prisons ("BOP") and defense counsel, the Government writes to request that the Court grant the BOP permission to provide medical records for the defendant to defense counsel in this matter, to facilitate the filing of a motion for compassionate release. The Court's granting of such permission will obviate the need for defense counsel to obtain a waiver from the defendant for the release of his medical records to his attorneys.

            Respectfully submitted,

            AUDREY STRAUSS
            United States Attorney

         By:  /s/ Ian McGinley
            Ian McGinley
            Assistant United States Attorney
            Tel.: (212) 637-2257

cc:  Sabrina Shroff, Esq.
   Michael Keith Bachrach, Esq.
   Sam A. Schmidt, Esq.
   *By e-mail*