

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/2021

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 13, 2021

**BY ECF AND ELECTRONIC MAIL**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007
Torres_NYSDChambers@nysd.uscourts.gov

Re: **United States v. Mustafa Kamel Mustafa, a/k/a "Abu Hamza"**
04 Cr. 356 (AT)

Dear Judge Torres:

At the suggestion of the Bureau of Prisons ("BOP") and defense counsel, the Government writes to request that the Court grant the BOP permission to provide medical records for the defendant to defense counsel in this matter, to facilitate the filing of a motion for compassionate release. The Court's granting of such permission will obviate the need for defense counsel to obtain a waiver from the defendant for the release of his medical records to his attorneys.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: \_\_\_/s/ Ian McGinley_____
Ian McGinley
Assistant United States Attorney
Tel.: (212) 637-2257

cc: Sabrina Shroff, Esq.
Michael Keith Bachrach, Esq.
Sam A. Schmidt, Esq.
*By e-mail*

GRANTED.

SO ORDERED.

Dated: April 14, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge