**LAW OFFICE OF SAM A. SCHMIDT**
**29 BROADWAY Suite 1412**
**NEW YORK, N.Y. 10006**
**(212) 346-4666**
**facsimile (212) 346-4668**
E-mail lawschmidt@aol.com

**Sam A. Schmidt, Esq.**
_____

Clerk of the Court
U.S. District Court for the S.D.N.Y.

      Re: Change of Address

   Please note that my office has moved to the above address. All correspondence should now be directed to the above address.

                                          Sincerely,

                                             /s/

                                        Sam A. Schmidt