UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -v-

MUSTAFA KAMEL MUSTAFA,
  a/k/a "Abu Hamza", et al.

         Defendants

04 Cr. 356 (AT)

## NOTICE OF APPEARANCE

TO:   Clerk of the Court
       United States District Court
       Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance on behalf of

the Government in the above-captioned case and add him as a Filing User to whom Notices of

Electronic Filing will be transmitted in this case.

Dated: New York, New York
       November 4, 2021

                            Respectfully submitted,

                            DAMIAN WILLIAMS
                            United States Attorney for the
                            Southern District of New York

           By:   /s/ Alexander Li
                  Alexander Li
                  Assistant United States Attorney
                  Tel.: (212) 637-2265