USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/2021    _

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MUSTAFA KAMEL MOSTAFA,
    a/k/a "Abu Hamza al-Masri,"

                   Defendant.

04 Cr. 356 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By **December 22, 2021**, the Warden of ADX Florence shall arrange for a legal call between Mr. Mostafa and his attorney Lindsay A. Lewis. This call shall occur no later than January 10, 2022. This Order may be served on the Warden of ADX Florence.

    SO ORDERED.

Dated: December 14, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge