```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/2022     _
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MUSTAFA KAMEL MOSTAFA,
    a/k/a "Abu Hamza al-Masri,"

                                  Defendant.

04 Cr. 356-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On September 2, 2022, the Second Circuit issued a mandate denying Defendant's appeal of the denial of his *pro se* Rule 33 motion.  *See* ECF Nos. 549, 556, 563, 601.  By **October 3, 2022**, the parties shall file a joint letter informing the Court how they plan to proceed with respect to Defendant's 28 U.S.C. § 2255 motion, ECF No. 571.

    The Clerk of Court is directed to mail a copy of this order to Defendant.

    SO ORDERED.

Dated: September 6, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge