UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MUSTAFA KAMEL MOSTAFA,
    a/k/a "Abu Hamza al-Masri,"

                             Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/2022

04 Cr. 356-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On September 6, 2022, the Court ordered the parties to file a joint letter informing the Court how they plan to proceed with respect to Defendant's 28 U.S.C. § 2255 motion, ECF No. 571. ECF No. 602. That submission is now overdue. By **October 17, 2022**, the parties shall file their joint letter.

      The Clerk of Court is directed to mail a copy of this order to Defendant.

      SO ORDERED.

Dated: October 4, 2022
       New York, New York

                                                           ANALISA TORRES
                                                      United States District Judge