|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>UNITED STATES OF AMERICA,<br><br>-against-<br><br>MUSTAFA KAMEL MOSTAFA,<br>    a/k/a "Abu Hamza al-Masri,"<br><br>                           Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 08/23/2023___<br><br>04 Cr. 356-1 (AT)<br><br>**ORDER** |

ANALISA TORRES, District Judge:

    On October 5, 2020, Defendant *pro se* filed a motion pursuant to 28 U.S.C. § 2255. ECF No. 571. On October 7, 2020, the Court held the motion in abeyance until the appeal of Defendant's *pro se* Rule 33 motion became final. ECF No. 573. On October 4, 2022, Defendant's counsel advised the Court that Defendant's Rule 33 appeal remained pending as he sought to file a petition for certiorari to the United States Supreme Court. ECF No. 604. Accordingly, the Court continued to hold Defendant's motion in abeyance. ECF No. 605.

    On August 18, 2023, Defendant *pro se* filed an additional motion pursuant to 28 U.S.C. § 2255. ECF No. 607.

    By **September 8, 2023**, the parties are directed to file a joint letter informing the Court as to the status of Defendant's anticipated petition for certiorari and as to their plan to proceed with Defendant's 28 U.S.C. § 2255 motions, ECF No. 571, 607.

    The Clerk of Court is directed to mail a copy of this order to Defendant.

    SO ORDERED.

Dated: August 23, 2023
       New York, New York

                                                              ANALISA TORRES
                                                United States District Judge