

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 10, 2024

**BY ECF**
The Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    <u>United States</u> v. <u>Mustafa Kamel Mustafa</u>, 04 Cr. 356 (AT)

Dear Judge Torres:

    The Government writes to respectfully request that the Government's deadline to respond to defendant Mustafa Kamel Mustafa's motion for compassionate release and/or reduction in sentence, which is presently March 14, 2024, be extended by three weeks to April 4, 2024. (Dkt. 615, 617). The Government is consulting various agencies, including the Bureau of Prisons and the U.S. Attorney's Office for the District of Colorado, and the requested extension will help ensure the accuracy and completeness of the Government's response to the defendant's complex motion. Counsel for the defendant consents to this application.

                                Respectfully submitted,

                                DAMIAN WILLIAMS
                              United States Attorney

by: _____
                              Alexander Li
                              Assistant United States Attorney
                              (212) 637-2265

cc:    Michael K. Bachrach, Esq. (*by ECF*)
        Sam A. Schmidt, Esq. (*by ECF*)