USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __03/11/2024__

New York, New York 10278

March 10, 2024

**BY ECF**
The Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    <u>United States</u> v. <u>Mustafa Kamel Mustafa</u>, 04 Cr. 356 (AT)

Dear Judge Torres:

    The Government writes to respectfully request that the Government's deadline to respond to defendant Mustafa Kamel Mustafa's motion for compassionate release and/or reduction in sentence, which is presently March 14, 2024, be extended by three weeks to April 4, 2024. (Dkt. 615, 617). The Government is consulting various agencies, including the Bureau of Prisons and the U.S. Attorney's Office for the District of Colorado, and the requested extension will help ensure the accuracy and completeness of the Government's response to the defendant's complex motion. Counsel for the defendant consents to this application.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

by: _____
        Alexander Li
        Assistant United States Attorney
        (212) 637-2265

GRANTED.

SO ORDERED.

Dated: March 11, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge