

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __04/03/2024__

New York, New York 10278

April 2, 2024

**BY ECF**
The Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   Re: <u>United States</u> v. <u>Mustafa Kamel Mustafa</u>, 04 Cr. 356 (AT)

Dear Judge Torres:

  The Government writes to respectfully request that its deadline to respond to defendant Mustafa Kamel Mustafa's motion for compassionate release and/or reduction in sentence, which is presently April 4, 2024, be extended by two weeks to April 18, 2024.  (Dkts. 615, 620).  Though in advanced shape, the undersigned's submission has been delayed in connection with a trial scheduled to begin on May 7, 2024.  Counsel for the defendant does not object to this application.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

     by: _____
        Alexander Li
        Assistant United States Attorney
        (212) 637-2265

cc: Michael K. Bachrach, Esq. (*by ECF*)
   Sam A. Schmidt, Esq. (*by ECF*)

GRANTED.

SO ORDERED.

Dated: April 3, 2024
   New York, New York

        ANALISA TORRES
        United States District Judge