USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___9/23/2024___

**LAW OFFICE OF SAM A. SCHMIDT**
115 BROADWAY Suite 1704
NEW YORK, N.Y. 10006
(212) 346-4666
FACSIMILE (212) 346-4668
E-mail lawschmidt@aol.com

**Sam A. Schmidt, Esq.**
_____

September 23, 2024

The Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Re: United States v. Mustafa Kamel Mustafa,*
04 Cr. 356 (AT)

Dear Judge Torres:

    As Your Honor is aware, I, along with Michael Bachrach, Esq., represent Defendant Mustafa Kamel Mustafa a/k/a Mostafa Kamel Mostafa in relation to Mr. Mostafa's motion for compassionate release and/or reduction in sentence. Defendant's motion was filed on December 15, 2023 (Doc. No. 615), and the Government filed its response on April 17, 2024 (Doc. No. 623). Your Honor granted consent requests for continuances to file our reply brief which is presently due on September 30, 2024. We have forwarded a copy of the almost final draft to Mr. Mostafa.

    As your Honor is aware, because Mr. Mostafa is held in isolation in Florence ADX under a S.A.M., communication with him is difficult and correspondence is rerouted for examination. Both processes take an unknown but somewhat lengthy period of time. After he receives the draft we will arrange to speak with him in order to make the final modifications. Because we do not known how long the process will take, in an excess of caution we are requesting that the we have until October 31, 2024 to file the reply. We hope and expect that it will be filed before then.

    We have spoken with Assistant United States Attorney Alexander Li who has informed us that the Government consents to the instant request.

1

Accordingly, Defendant Mostafa Kamel Mostafa, by and through counsel, respectfully requests that his reply brief in support of his motion for compassionate release and/or reduction in sentence be filed no later than October 31, 2024.

Thank you for your Honor's time and consideration.

Respectfully submitted,
/s/
Sam A. Schmidt, Esq.
*Attorney for Mustafa Kamel Mustafa*

GRANTED.

SO ORDERED.

Dated: September 23, 2024
       New York, New York

ANALISA TORRES
United States District Judge