UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MUSTAFA KAMEL MUSTAFA,
a/k/a "Abu Hamza al-Masri,"

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/2026

04 Cr. 356-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendant's *pro se* letters related to his motion to vacate his conviction and sentence pursuant to 28 U.S.C. § 2255 and his motion for *Brady* material related to his pending § 2255 motion. *See* ECF Nos. 645, 647; *see also* ECF Nos. 571, 607. The Court will continue to hold Defendant's § 2255 motion in abeyance pending the appeal of the Court's order denying his motion for compassionate release or a reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A). *See* Order, ECF No. 638; *see also* ECF No. 573 (order granting request to stay § 2255 motion pending appeal of the Court's denial of Defendant's *pro se* Rule 33 motion); ECF Nos. 618, 641 (orders granting requests to hold § 2255 motion in abeyance pending appeal).

SO ORDERED.

Dated: March 19, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge